No. 69383.—Hanken Imports and Harper, Robinson & Co. et al. *v.* United States, protests 63/19225, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 69384.—Consolidated Factors *v.* United States, protest 61/23009 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of marlon fish netting similar in all material respects to that the subject of Abstract 63947, the claim of the plaintiff was sustained.

No. 69385.—Morris Shoenthal, Inc. *v.* United States, protests 323556–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hats, bonnets, and hoods, in chief value of ramie, similar in all material respects to those the subject of *Morris Shoenthal, Inc.* v. *United States* (52 Cust. Ct. 36, C.D. 2431), the claim of the plaintiff was sustained.